# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD CARMICHAEL,
     Petitioner,
  vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
COUNTY OF CLARK; AND THE
HONORABLE WILLIAM O. VOY,
DISTRICT COURT JUDGE, JUVENILE
DIVISION
     Respondents,
  and
THE STATE OF NEVADA,
     Real Party in Interest.

No. 75960

**FILED**

AUG 0 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
  DEPUTY CLERK

## ORDER DISMISSING WRIT PETITION

This is an original petition for a writ of mandamus. Cause appearing, petitioner's motion for a voluntary dismissal of this writ petition is granted. We

ORDER this writ petition DISMISSED.

_____ Pickering _____, J.
  Pickering

_____, J.
 Gibbons

_____, J.
 Hardesty

cc: Hon. William O. Voy, District Judge
  Clark County Public Defender
  Attorney General/Carson City
  Clark County District Attorney
  Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-29804